

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

Suite 2800, 1100 Peachtree Street NE
Atlanta, GA 30309-4528
t 404 815 6500  f 404 815 6555

<u>*Via Electronic Filing*</u>

December 11, 2014

John Ley, Clerk of Court
U.S. Court of Appeals – Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

      Re:   *LabMD, Inc. v. Federal Trade Commission*
            11th Cir. Appeal No. 14-12144-EE

Dear Mr. Ley:

      Pursuant to Fed. R. App. P. 28(j) and 11th Cir. I.O.P. 28-6, Plaintiff/Appellant LabMD, Inc. ("LabMD") respectfully submits supplemental authority specifically addressing a question from the bench and a statement by the government regarding LabMD's First Amendment retaliation claim, the fifth claim for relief in the complaint.

      At oral argument in this case, a question arose concerning whether the First Amendment retaliation claim is inextricably intertwined with the issues in the administrative proceeding *In re LabMD, Inc.*, FTC Docket No. 9357, pending before the FTC.  The government argued that the retaliation claim is intertwined with the issues in the administrative proceeding.

      In the administrative proceeding, however, the FTC objected to LabMD's discovery directed to its retaliation claim because LabMD did not assert retaliation as a defense, but instead made that claim in a separate lawsuit.  The administrative law judge ("ALJ") denied LabMD's motion to compel production of documents after concluding that documents "expected to show whether or not 'the FTC violated [Michael] Daugherty's First Amendment rights by retaliating against LabMD' <u>are not relevant to the allegations of the Complaint</u>, the proposed relief or

Clerk' Office – Appeal No. 14-12144-EE
December 11, 2014
Page 2

the defenses of the respondent." ALJ's Order Denying Respondent's Motion For A Rule 3.36 Subpoena (Feb. 21, 2014) (copy attached as Exhibit A) (emphasis added). Thus, the ALJ refused to allow any discovery on LabMD's First Amendment retaliation claim and foreclosed pursuing that claim in the administrative proceeding.

                    Respectfully submitted,

                    /s/ Ronald L. Raider
                    Ronald L. Raider
                    Burleigh L. Singleton
                    William D. Meyer

                    Reed D. Rubinstein
                    Dinsmore & Shohl, LLP
                    801 Pennsylvania Ave. NW, Suite 610
                    Washington, D.C. 20004
                    (202) 372-9120

                    Prashant K. Khetan
                    Cause of Action
                    1919 Pennsylvania Ave. NW, Suite 650
                    Washington, D.C. 20006
                    (202) 499-4232

                    *Counsel for Plaintiff/Appellant*

Copy: All Counsel of Record

Attachment

Clerk' Office – Appeal No. 14-12144-EE
December 11, 2014
Page 3

# CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2014, the foregoing was filed in the Eleventh Circuit Court of Appeals using the CM/ECF system. I further certify that electronic copies of the foregoing were served via the CM/ECF system, and paper copies were served via U.S. Mail to:

Lauren E. Fascett, Esq.
Perham Gorji, Esq.
Trial Attorneys
U.S. Department of Justice
Civil Division
Consumer Protection Branch
450 5th Street NW
Washington, DC 20001
lauren.fascett@usdoj.gov
perham.gorji@usdoj.gov

Mark B. Stern, Esq.
Abby C. Wright, Esq.
U.S. Department Of Justice
Civil Division
950 Pennsylvania Ave., N.W.
Room 7252
Washington, D.C. 20530

This 11th day of December, 2014.

/s/ Ronald L. Raider
*Counsel for Appellant LabMD, Inc.*